<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2559**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

B. R. TAYLOR,

Defendant - Appellee.

---

**No. 00-2560**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

B. R. TAYLOR,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (MISC-00-39-5, MISC-00-40-5)

---

Submitted:  April 10, 2001          Decided:  May 8, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arthur O. Armstrong, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders denying leave to file complaints against Police Officer B.R. Taylor. We have reviewed the record and the district court orders and find no reversible error. Accordingly, we affirm. We also deny Armstrong's motions for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2